Michael J. Czeshinski, #138063
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants, TIN INC., individually and
dba TEMPLE INLAND,INC., aka TEMPLE INLAND

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| ROSA CASTANEDA, individually and as Guardian ad Litem for JOSE CASTANEDA, DIANNA CASTANEDA, SAMUEL CASTANEDA, minors; and FRANCISCO CASTANEDA,<br><br>                Plaintiff,<br><br>        v.<br><br>TIN INC., individually and dba TEMPLE-INLAND, INC., aka TEMPLE INLAND; et al.<br><br>                Defendants. | Case Number 1:10-CV-00567-AWI-SKO<br><br>**STIPULATION FOR REMAND AND ORDER** |

Defendants, TIN INC., individually and dba TEMPLE-INLAND, INC., aka TEMPLE INLAND, by and through their counsel of record Michael J. Czeshinski of Wilkins, Drolshagen & Czeshinski, LLP, and Plaintiffs, ROSA CASTANEDA, individually and as Guardian ad Litem for JOSE CASTANEDA, DIANNA CASTANEDA, SAMUEL CASTANEDA, minors; and FRANCISCO CASTANEDA, by and through their counsel of record Antonio Rodriguez, Jr. of Perez, Williams, Medina & Rodriguez, submit the following stipulation to remand the above-captioned case, United States District Court, Eastern District of California, Case No. 1:10-CV-00567-AWI-SKO, to Superior Court of California, County of Tulare.  Each party to bear their own attorneys fees and costs.

It is agreed between the parties that United States District Court, Eastern District of California, Case No. 1:10-CV-00567-AWI-SKO, to Superior Court of California, County of Tulare. Each party to bear it own attorneys fees and costs:

Dated: May 24, 2010

        WILKINS, DROLSHAGEN & CZESHINSKI LLP

        By   /s/ Michael J. Czeshinski
            Michael J. Czeshinski
        Attorneys for Defendants, TIN INC., individually and dba TEMPLE INLAND, INC., aka TEMPLE INLAND.

Dated: May 24, 2010

        PEREZ, WILLIAMS, MEDINA & RODRIGUEZ

        By   /s/ Antonio Rodriguez, Jr.
            Antonio Rodriguez, Jr.
        Attorneys for Plaintiffs, ROSA CASTANEDA, individually and as Guardian ad Litem for JOSE CASTANEDA, DIANNA CASTANEDA, SAMUEL CASTANEDA, minors; and FRANCISCO CASTANEDA.

**ORDER**

IT IS ORDERED that United States District Court, Eastern District of California, Case No. 1:10-CV-00567-AWI-SKO, is remanded to Superior Court of California, County of Tulare. Each party to bear their own attorneys fees and costs. The Clerk of the Court is DIRECTED to remand the action.

IT IS SO ORDERED.

**Dated:   May 26, 2010**         /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

2

Stipulation for Remand and Order